# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160843-4(73)

ANISE PATTERSON, Personal Representative
of the Estate of RONALD D. PATTERSON,
and ANISE PATTERSON,
Plaintiffs-Appellees,
SC: 160863
v COA: 350135
Washtenaw CC: 19-000002-NH
ST. JOSEPH MERCY HOSPITAL, ANN ARBOR,
TRINITY HEALTH-MICHIGAN, ST. JOSEPH
MERCY HOSPITAL MEDICAL GROUP PRACTICE,
JULIE SIDELINGER, P.A., JOHN DOE(S), and
JANE DOE(S),
Defendants,
and
INTERNAL MEDICINE SPECIALISTS OF HOWELL,
PLLC, and GERALD DRESLINSKI, M.D.,
Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion of the Sugar Law Center for Economic and Social Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 10, 2020, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2020

Clerk